FILED
2017 Aug-30 AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JACOB BEN-ARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:17-cv-0709-LSC-JEO |
| ) | |
| JEFF SESSIONS, U.S. Attorney General, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed by Jacob Ben-Ari, M.D., Ph.D., who is acting *pro se*. (Doc. 4, Amended Application for Writ of Habeas Corpus (hereinafter "Petition" or "Pet.")). Ben-Ari filed this action challenging both his continued detention and the propriety of an order of an Immigration Judge providing for his removal from the United States pursuant to the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et seq. Ben-Ari has now filed a "Notice of Change of Address" in which he states that he has "moved" to Israel. (Doc. 19). The court interprets that notice as showing that Ben-Ari has been removed from the United States or is otherwise no longer in custody. As such, this court can no longer provide meaningful relief as it pertains to Ben-Ari's habeas corpus petition, rendering it subject to dismissal as moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*,

296 F.3d 1237, 1242-43 (11th Cir. 2002).  Likewise, to the extent that Ben-Ari's petition would also seek to contest his removal order, this court lacks jurisdiction over such claims, calling for their dismissal as well.  *See* 8 U.S.C. §§ 1252(a)(2)(B), (a)(5), and (b)(9); *Linares v. Department of Homeland Sec.*, 529 F. App'x 983, 984 (11th Cir. 2013); *Mata v. Secretary of Dept. of Homeland Sec.*, 426 F. App'x 698, 700 (11th Cir. 2011); *Ivantchouk v. United States Atty. Gen.*, 417 F. App'x 918, 921-22 (11th Cir. 2011).  Accordingly, this action is due to be dismissed in its entirety.  A separate final order will be entered.

Done this 30th day of August 2017.

L. Scott Coogler
United States District Judge
[160704]